# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Kenneth Lamont Moore Jr.,** ) | | JUDGMENT IN CASE |
| ) | | |
| Petitioner(s), ) | | 3:16-cv-00300-MOC |
| ) | | 3:13-cr-00173-MOC |
| vs. ) | | |
| ) | | |
| **USA,** ) | | |
| Respondent(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 6, 2020 Order.

February 6, 2020

*[signature]*

Frank G. Johns, Clerk
United States District Court